UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS VEGA, | ) | CASE NO. CV 12-4915-ODW (PJW) |
|         Petitioner, | )<br>)<br>) | J U D G M E N T |
|     v. | ) | |
| TERRI GONZALEZ, Warden, | )<br>) | |
|         Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 22, 2013.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd